granted and the Idaho Power Company is designated as a party respondent. *Evelyn N. Cooper* and *Lucien Hilmer* for petitioners. *R. P. Parry* and *A. C. Inman* for movant.

No. 430. ACHILLI *v.* UNITED STATES. The order of November 19, 1956, 352 U. S. 916, denying the petition for writ of certiorari to the Court of Appeals for the Seventh Circuit is vacated and the petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit is granted limited to the question of whether petitioner could be prosecuted and sentenced as for a violation of § 145 (b) of the Internal Revenue Code of 1939 where the facts also showed a violation of § 3616 (a) of the Internal Revenue Code of 1939. The brief of counsel for the petitioner shall be filed by March 30, 1957, and that of the respondent by April 26, 1957.

No. 699. NASHVILLE MILK Co. *v.* CARNATION COMPANY. C. A. 7th Cir. Certiorari granted. *Karl Edwin Seyfarth, Sherwood Dixon* and *Edward M. Sullivan* for petitioner. *Frank F. Fowle, Jr.* and *Melville C. Williams* for respondent.

No. 707. SAFEWAY STORES, INC., *v.* VANCE, TRUSTEE IN BANKRUPTCY. C. A. 10th Cir. Certiorari granted. *Douglas Stripp* for petitioner. *Sam Dazzo* for respondent.

No. 710. TROP *v.* DULLES, SECRETARY OF STATE, ET AL. C. A. 2d Cir. Certiorari granted. The brief of counsel for the petitioner shall be filed by March 30, 1957, and